AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2026

SEAN F. McAVOY, CLERK

JENNIFER P., )
*Plaintiff* )
v. )   Civil Action No.   4:25-CV-05083-ACE
)
)
FRANK BISIGNANO, )
COMMISSIONER OF SOCIAL SECURITY, )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's motion to reverse and remand for an immediate award of benefits, ECF No. 11, is GRANTED. Defendant's motion to reverse and remand for additional proceedings, ECF No. 16, is DENIED. The matter is REMANDED to the Commissioner for an immediate calculation of benefits. Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Alexander C. Ekstrom

Date:  January 21st, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*